UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

OV THE FARM, LLC, BOWERS
HARBOR VINEYARD & WINERY, INC.
WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION,

        Plaintiffs,

v.

PENINSULA TOWNSHIP,

        Defendant.

Case No. 1:25-cv-01588
Hon. Paul L. Maloney

| | |
|---|---|
| Joseph M. Infante (P68719) | James T. McGovern (P79410) |
| Stephen M. Ragatzki (P81952) | Ross A. Holec (P79489) |
| Christopher J. Gartman (P83286) | STRAUB, SEAMAN & ALLEN, P.C. |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | Attorneys for Defendant |
| Attorneys for Plaintiffs | 1014 Main Street, P.O. Box 318 |
| 99 Monroe Avenue NW, Suite 1200 | St. Joseph, MI  49085 |
| Grand Rapids, MI  49503 | (269) 982-1600 |
| (616) 776-6333 | jmcgovern@lawssa.com |
| infante@millercanfield.com | rholec@lawssa.com |
| ragatzki@millercanfield.com | |
| gartman@millercanfield.com | |

**ORDER EXTENDING DEADLINE TO RESPOND
TO PLAINTIFF'S COMPLAINT**

This matter having come before the Court upon Plaintiffs' and Defendant's Stipulated Order Extending Deadline to Respond to Plaintiff's Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Peninsula Township shall answer or otherwise respond to Plaintiffs' Complaint by January 20, 2026.

Dated:  December 17, 2025

    /s/  Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge