UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

OV THE FARM, LLC, BOWERS
HARBOR VINEYARD & WINERY, INC.
WINERIES OF THE OLD MISSION
PENINSULA ASSOCIATION,

        Plaintiffs,

v.

PENINSULA TOWNSHIP,

        Defendant.

Case No. 1:25-cv-01588
Hon. Paul L. Maloney

| | |
|---|---|
| Joseph M. Infante (P68719) | James T. McGovern (P79410) |
| Stephen M. Ragatzki (P81952) | Ross A. Holec (P79489) |
| Christopher J. Gartman (P83286) | STRAUB, SEAMAN & ALLEN, P.C. |
| MILLER, CANFIELD, PADDOCK | Attorneys for Defendant |
| AND STONE, PLC | 1014 Main Street, P.O. Box 318 |
| Attorneys for Plaintiffs | St. Joseph, MI  49085 |
| 99 Monroe Avenue NW, Suite 1200 | (269) 982-1600 |
| Grand Rapids, MI  49503 | jmcgovern@lawssa.com |
| (616) 776-6333 | rholec@lawssa.com |
| infante@millercanfield.com | |
| ragatzki@millercanfield.com | |
| gartman@millercanfield.com | |

Barry P. Kaltenbach
227 Monroe Street, Suite 3600
Chicago, IL 60606
(312) 460-4200
kaltenbach@millercanfield.com

**ADDENDUM TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' AMENDED COMPLAINT OR OTHERWISE PLEAD**

    NOW COMES Defendant, Peninsula Township, by and through counsel, STRAUB, SEAMAN & ALLEN, P.C., and files its Addendum to Defendant's Motion for Extension of Time

1

to File an Answer to Plaintiffs' Amended Complaint or Otherwise Plead, states to the Court as follows:

1. Upon the initial filing of Defendant's Motion for Extension of Time to File an Answer to Plaintiffs' Amended Complaint, Counsel for Plaintiffs emailed Defendant's Counsel that they have no objection to our request for extension. (Exhibit 1)

2. For these reasons Defendant is asking for a 21-day extension meaning the responsive pleading to the Amended Complaint would be due on March 17, 2026.

WHEREFORE, Defendant, by counsel, respectfully requests that this Court grant additional time up to and including March 17, 2026, to respond to Plaintiffs' Amended Complaint with either an answer or a responsive motion.

Respectfully submitted,

STRAUB, SEAMAN & ALLEN, P.C.

Dated:  February 19, 2026

/s/ James T. McGovern
James T. McGovern (P79410)
Ross A. Holec (P79489)
Attorneys for Defendant
1014 Main Street, P.O. Box 318
St. Joseph, MI  49085
(269) 982-1600
jmcgovern@lawssa.com
rholec@lawssa.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
**None**

/s/ Lauren N. Baker
Lauren N. Baker
Legal Assistant to James T. McGovern

2