**Lauren Baker**

**Subject:** FW: OV the Farm v. Peninsula Twp - 25-cv-1588

**From:** Infante, Joseph M. <infante@millercanfield.com>
**Sent:** Thursday, February 19, 2026 10:17 AM
**To:** Ross A. Holec <rholec@lawssa.com>
**Cc:** James McGovern <jmcgovern@lawssa.com>; Ragatzki, Stephen M. <Ragatzki@millercanfield.com>
**Subject:** RE: OV the Farm v. Peninsula Twp - 25-cv-1588

Caution! This message was sent from outside your organization.          Allow sender | Block sender

Ross, we have no objection to the extension.

Joseph M. Infante | Principal
**Miller Canfield**
**T:** +1.616.776.6333 | **F:** +1.616.776.6322

**From:** Ross A. Holec <rholec@lawssa.com>
**Sent:** Monday, February 16, 2026 12:57 PM
**To:** Infante, Joseph M. <infante@millercanfield.com>
**Cc:** James McGovern <jmcgovern@lawssa.com>; Ragatzki, Stephen M. <ragatzki@millercanfield.com>
**Subject:** OV the Farm v. Peninsula Twp - 25-cv-1588

**Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Mr. Infante,
Our office has received your Amended Complaint and Motion for a Preliminary Injunction. We will be filing a timely response to your Motion for a Preliminary Injunction on February 24, 2026. However, we intend to file a motion asking the court to grant us a fourteen (14) day extension to respond to the Amended Complaint. Please let me know if are willing to concur with our extension request or if you have any questions.

Sincerely,

Ross A. Holec
Straub, Seaman & Allen, P.C.
1014 Main Street, St. Joseph, MI 49085
Direct: 269-982-7713
Cell: 269-921-6469